IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA WARDELL, | : |
| | : |
| Plaintiff, | : |
| v. | : 3:21-CV-568 |
| | : (JUDGE MARIANI) |
| QUALITY SERVED FAST, INC. | : |
| d/b/a/ WENDY'S, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW**, THIS 27th **DAY OF JUNE 2022,** upon receipt of the parties' June 27, 2022, Stipulation for Voluntary Dismissal (Doc. 18) signed by counsel for Plaintiff and Defendant, which the Court deems filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge